1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LARRY TEVIS and NANCY TEVIS, | |
| Appellants, | NO. CIV. 08-1787 WBS |
| v. | BANKRUPTCY NO. 04-26357 B13J |
| | ADVERSARY NO. 08-02004-B |
| CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS; DANIEL EGAN; LAW OFFICES OF PAUL CASS; JAMIE ERRECART; HANSEN, CULHANE, KOHLS, JONES & SOMMER LLP; LAW OFFICES OF PETER GALGANI; AMERICAN TITLE COMPANY; MICHAEL BURKHART; and U.S. TRUSTEE, | |
| Appellees. / | |
| LARRY TEVIS and NANCY TEVIS, | |
| Appellants, | NO. CIV. 08-2265 WBS |
| | BANKRUPTCY NO. 04-26357 B13J |
| | ADVERSARY NO. 08-02004 |
| v. | ORDER |
| PAUL CASS; JAN P. JOHNSON, and U.S. TRUSTEE, | |
| Appellees. / | |

----oo0oo----

The undersigned judge hereby recuses himself in each of these bankruptcy appeals, and these matters are referred to the Office

1

PDF created with pdfFactory trial version www.pdffactory.com

1 | of the Clerk for reassignment to another judge.
2 | DATED:  January 16, 2009
3
4 | _____
5 | WILLIAM B. SHUBB
  | UNITED STATES DISTRICT JUDGE
6
7
8 | ORDER OF REASSIGNMENT
9 |     These matters are hereby reassigned to the Honorable
10 | Garland E. Burrell, Jr.

2

PDF created with pdfFactory trial version www.pdffactory.com