UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY TEVIS; and NANCY TEVIS,  )
                                )   2:08-cv-02265-GEB
          Appellants,           )
                                )   ORDER
     v.                         )
                                )
PAUL CASS; JAN P. JOHNSON;      )
U.S. TRUSTEE,                   )
                                )
          Appellees.            )
_____)

If Appellants fail to file the required filing fee in this action on or before March 12, 2009, or a completed application to proceed in forma pauperis on appeal on or before March 12, 2009, the appeal will be dismissed.

IT IS SO ORDERED.

Dated: March 3, 2009

GARLAND E. BURRELL, JR.
United States District Judge